UNITED STATES
v.
WILLIAM WATSON

1808

JOURNAL ENTRIES

1. Defendant ruled into custody    .    .    .    .    . *Journal, infra,* *p. 146

PAPERS IN FILE
[None]

UNITED STATES
v.
WILLIAM WATSON

1808

JOURNAL ENTRIES

1. Defendant ruled into custody    .    .    .    .    . *Journal, infra,* *p. 146

PAPERS IN FILE
[None]